USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :    MISDEMEANOR INFORMATION
                                  :
      - v. -                      :    18 Cr.
                                  :
IVAN NIEVES,                      :
                                  :    18 CRIM 835
            Defendant.            :
                                  :
- - - - - - - - - - - - - - - - X

## COUNT ONE

### (Vandalism)

The United States Attorney charges:

1. On or about November 1, 2018, in the Southern District of New York and elsewhere, IVAN NIEVES, the defendant, destroyed, injured, defaced, and damaged property within a park area under the legislative jurisdiction of the United States, to wit, NIEVES defaced a signpost on the grounds of the African Burial Ground National Monument by writing a racial slur on it.

(36 C.F.R. § 2.31(a)(3); 18 U.S.C. §§ 1865(a) and 2.)

## COUNT TWO

### (Disorderly Conduct)

The United States Attorney further charges:

2. On or about November 1, 2018, in the Southern District of New York and elsewhere, IVAN NIEVES, the defendant, with intent to cause public alarm, nuisance, jeopardy and violence,

and knowingly and recklessly creating the risk thereof, used language, an utterance, or gesture, and engaged in a display or act that is obscene, physically threatening and menacing, and was done in a manner that is likely to inflict injury and incite an immediate breach of the peace, to wit, NIEVES defaced a signpost on the grounds of the African Burial Ground National Monument by writing a threatening racial slur on it.

(36 C.F.R. § 2.34(a)(2); 18 U.S.C. §§ 1865(a) and 2.)

                                    _____
                                    GEOFFREY S. BERMAN
                                    United States Attorney



Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**IVAN NIEVES,**

**Defendant.**

---

**MISDEMEANOR INFORMATION**

18 Cr.

(36 C.F.R. §§ 2.31(a)(3), 2.34(a)(2);
18 U.S.C. §§ 1865, 2.)

GEOFFREY S. BERMAN
United States Attorney