**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

              -v.-                             18-CR-835 (OTW)

IVAN NIEVES,                            **ORDER**

                  Defendant.

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

For the reasons stated on the record at the trial held on April 11, 2019, it is **HEREBY**

**ORDERED** that:

1. The parties are to appear for a sentencing on **July 17, 2019 at 11:00 a.m.** in

   Courtroom 20D, 500 Pearl Street.

2. Defendant's sentencing submission shall be filed by **July 2, 2019**. The government's

   sentencing submission shall be filed by **July 10, 2019**.

3. The probation department is respectfully requested to expedite Defendant's pre-

   sentence report. The report shall be made available by **June 18, 2019**.

**SO ORDERED.**

                                   *s/ Ona T. Wang*

Dated: April 12, 2019                          **Ona T. Wang**
     New York, New York                United States Magistrate Judge